UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR ALMARAZ, *et al.*, </br></br> Plaintiffs, </br></br> vs. </br></br> VISION DRYWALL & PAINT, LLC, *et al.*, </br></br> Defendants. | 2:11-CV-01983-PMP-PAL </br></br> **ORDER** |

Having read and considered Plaintiffs' fully briefed Motion for Collective Action Certification and Circulation of Court-Approved Notice (Doc. #30), as well as the arguments of counsel presented at the hearing conducted June 20, 2012, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion (Doc. 30) is **GRANTED** and that this action is hereby conditionally certified as a representative collective action. The Notice of Potential Collective Action (Doc. #30-3) attached to Plaintiffs' Motion is hereby **APPROVED** and disseminate of the Notice to prospective collection action class members by mail and posting is hereby authorized.

**IT IS FURTHER ORDERED** that Defendant Vision shall within 21 days of the date of this Order produce the names and last known addresses of all non-salaried workers who perform for Vision for the time period December 9, 2008 to the present.

DATED: June 22, 2012.

_____
PHILIP M. PRO
United States District Judge