AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Oscar Almaraz, et al.,

Plaintiffs,

V.

Vision Drywall & Paint, LLC, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01983-PMP-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendants Las Vegas Land Contracting LLC d/b/a Dunhill Homes, Burke Construction Group, Inc., Richmond American Homes of Nevada, Inc., Harmony Homes, Inc., Desert Wind Homes of Nevada II, Inc. d/b/a Russell Rogers Development, KB Home Las Vegas, Inc. and KB Home Nevada, Inc. and against Plaintiffs Oscar Almaraz and Ismael Perez Cruz.

May 15, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk