UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR ALMARAZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VISION DRYWALL & PAINT, LLC, et al., ) <br> ) <br> Defendants. ) | 2:11-CV-01983-PMP-PAL <br><br> ORDER |

The Court having reviewed in camera the parties' Confidential Settlement Agreement and Release of All Claims and finding the settlement reached represents a fair and reasonable resolution of the Plaintiffs' claims,

IT IS HEREBY ORDERED the parties' Confidential Settlement Agreement and Release of All Claims is APPROVED.

IT IS FURTHER ORDERED the parties' Joint Stipulation to Dismiss Claims (Doc. #107) is GRANTED.

IT IS FURTHER ORDERED the telephonic hearing set for Tuesday, October 28, 2014, at 11:00 a.m. is VACATED in light of the Court's approval of the parties' settlement.

DATED: October 24, 2014

_____
PHILIP M. PRO
United States District Judge